UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR4551-JM |
| Plaintiff, | ) | |
| v. | ) | |
| CORRINA MARIE COCOVA (2), | ) | ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS |
| Defendant. | ) | |

ORDER

Upon motion of the Government, IT IS HEREBY ORDERED that the Indictment in criminal case number 08CR4551-JM be dismissed, without prejudice, as to defendant Corrina Marie Cocova. IT IS FURTHER ORDERED that the bond for defendant Corrina Marie Cocova be exonerated in criminal case number 08CR4551-JM.

DATED: May 4, 2009

Hon. Jeffrey T. Miller
United States District Judge